**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MOUSSA KOUYATE, on behalf of himself, all others similarly situated, and the general public,

    Plaintiff,

        v.

BAI BRANDS, LLC,

    Defendant.

Case No.: 24-cv-3993

Hon. Arun Subramanian

**DECLARATION OF LISA KATHRYN DECOURSEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT**

I, Lisa Kathryn DeCoursey, declare as follows:

1.      I am over 21 years of age and competent to make this declaration. I have personal knowledge of the facts set forth herein, which are known to me to be true and correct. If called as a witness, I could and would competently testify to the facts below.

2.      I am employed as a Senior Brand Director at Keurig Dr Pepper Inc., the ultimate parent company of Defendant Bai Brands, LLC ("Bai"). In my role, I am personally knowledgeable about the labeling and packaging of the Bai flavored water drinks ("Bai Waters") at issue in this case, including the Puna Coconut Pineapple flavor ("Bai Puna Coconut Pineapple") and the Pilavo Pineapple Mango flavor ("Bai Pilavo Pineapple Mango") that Plaintiff alleges he purchased.

3.      A true and correct copy of the label that currently appears on Bai Puna Coconut Pineapple is attached as **Exhibit A** ("Current Bai Puna Coconut Pineapple Label"). Consumers could begin purchasing Bai Puna Coconut Pineapple with the Current Bai Puna Coconut Pineapple

1

Label on February 1, 2024. A true and correct copy of the label that appeared on Bai Puna Coconut Pineapple prior to the Current Bai Puna Coconut Pineapple Label is attached as **Exhibit B**.

4.       A true and correct copy of the label that currently appears on Bai Pilavo Pineapple Mango is attached as **Exhibit C** ("Current Bai Pilavo Pineapple Mango Label"). Consumers could begin purchasing Bai Pilavo Pineapple Mango with the Current Bai Pilavo Pineapple Mango Label on February 1, 2024. A true and correct copy of the label that appeared on Bai Pilavo Pineapple Mango prior to the Current Bai Pilavo Pineapple Mango Label is attached as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Dallas, Texas this 12th day of August, 2024.

_____
Lisa Kathryn DeCoursey

2