# EXHIBIT A

**FINAL TEMPLATE**

FOLD    FOLD

SURFACE MATTE VARNISH WIDTH = 219.5mm

SLIPCOAT WIDTH = 216mm

Distance from left 28mm    Layflat 110mm (+1.0mm / -.0mm)    90mm (fold)

Distortions will occur in areas where there is a percentage marked. Pull out Graphics and copy at the percentage listed below. Horizontally only.

142mm
136mm    NO COPY

SLIT    SLIT

CUT LENGTH = 142mm
COLOR HEIGHT = 138mm
COPY HEIGHT = 121mm

2mm clear top
6mm copy free top
15mm copy free bottom
2mm clear bottom

# bai
## It's WonderWater®

PUNA COCONUT PINEAPPLE™
FLAVORED WITH OTHER NATURAL FLAVORS

### OTHER BENEFITS
- DAILY HYDRATION
- 1 GRAM OF SUGAR
- VITAMIN E & ZINC HELP SUPPORT A HEALTHY IMMUNE SYSTEM
- EXOTIC FLAVORS

MORE FROM BAI®

BOTTLE MADE FROM 100% RECYCLED PLASTIC^
^EXCLUDES CAP AND LABEL

# bai
®
## It's WonderWater®

NEW GREAT TASTE MORE BENEFITS*

ANTIOXIDANT INFUSED    NO ARTIFICIAL SWEETENERS    ELECTROLYTES

### PUNA COCONUT PINEAPPLE™

10 CALORIES PER BOTTLE

18 FL OZ
(1.12 PT)
530 mL

COCONUT PINEAPPLE FLAVORED ANTIOXIDANT BEVERAGE WITH VITAMIN E WITH OTHER NATURAL FLAVORS WITH CAFFEINE

Contains 3% Juice

## Nutrition Facts
| | |
|---|---|
| Serving size | 1 Bottle |

**Amount per serving**
**Calories** 10

| | % Daily Value |
|---|---|
| **Total Fat** 0g | **0%** |
| **Sodium** 70mg | **3%** |
| **Total Carbohydrate** 1g | **0%** |
| Total Sugars 1g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 0g | |

Potassium 360mg 8%  •  Vitamin E 3.0mg 20%
Zinc 1.8mg 15%

Not a significant source of saturated fat, trans fat, cholesterol, dietary fiber, vitamin D, calcium, and iron.

**INGREDIENTS:** FILTERED WATER, COCONUT WATER CONCENTRATE, CITRIC ACID, POTASSIUM CITRATE, ACACIA GUM, NATURAL FLAVORS, STEVIA LEAF EXTRACT, SEA SALT, TEA EXTRACT, GREEN COFFEE BEAN EXTRACT, MALIC ACID, COFFEE FRUIT EXTRACT, MONK FRUIT EXTRACT (NATURAL FLAVOR), DL-ALPHA TOCOPHERYL ACETATE (VITAMIN E), ZINC SULFATE. **CONTAINS:** COCONUT.

DISTRIBUTED BY BAI BRANDS LLC, 6425 HALL OF FAME LANE, FRISCO, TX 75034. ™ & © 2024 BAI BRANDS LLC. (855) 411-4BAI  DRINKBAI.COM

55MG CAFFEINE PER BOTTLE: LIKE A 12 OZ CUP OF TEA

^NOW WITH ZINC AND IN RECYCLED PLASTIC BOTTLE

GOOD SOURCE OF VITAMIN E & ZINC

ANTIOXIDANTS (PER BOTTLE): 3.0MG VITAMIN E; 50MG POLYPHENOLS FROM GREEN COFFEE BEAN AND COFFEE FRUIT EXTRACTS

SHAKE WELL, REFRIGERATE AFTER OPENING

Our flavor names pay homage to the world's coffee regions: DRINKBAI.COM/FLAVORNAMES

bai ®

PLEASE RECYCLE

CA CRV
ME-HI 5¢
OR 10¢ CTRV

8 13694 02673 3
70094446

100%

15mm
NO COPY
0mm

7mm copy free left    COPY WIDTH = 216mm    5mm copy free right
1mm clear left    COLOR WIDTH = 223mm    4mm clear right
SLIT WIDTH = 228mm



American Fuji Seal, Inc.

| CUSTOMER CODE | PART # | GA # | REVISION |
|---|---|---|---|

| PROCESS / DIST. | STOCK / SIZE |
|---|---|
| GRAVURE / M-PET-CC | N04532 110x142 (90 fold) |

| DATE | MAC OP | JOB / STOCK | CUSTOMER / DESCRIPTION | LPI / COMP |
|---|---|---|---|---|

| DESCRIPTION | DATE / GA |
|---|---|
| BAI BRANDS 18OZ PET BOTTLE BODY LABEL | 05/07/21 DD |

| COLOR 1 | COLOR 2 | COLOR 3 | COLOR 4 | COLOR 5 | COLOR 6 | COLOR 7 | COLOR 8 | COLOR 9 | COLOR 10 |
|---|---|---|---|---|---|---|---|---|---|

| REV SEQ | DATE | REQUESTOR | TEMPLATE REVISION |
|---|---|---|---|

WEB DIRECTION  FPO
← UPC Run Direction →
Preferred Size 100%
Minimum Size 90%

PRINT/SLIT OPPOSITE SEAM LONG OVER SHORT

BACK PANEL
SEAM
28mm
FOLD    SR#16567    FOLD
FRONT PANEL
Indicate Seam, Fold and Panel locations

---

**BACCPIAJ18AFS532STK01051123**

**SUPPLIER/CR#:**

**COLORS:**    **COLOR MATCH:**

BA-0105 CCPIA Bai Refresh CocoFusion Puna Coconut Pineapple
Bai Graphics refresh 18oz Puna Coconut Pineapple Shrinksleeve_40 Microns
LIN1501366\0005/BAI WONDERWATER (COCOFUSION) PUNA COCONUT PINEAPPLE (2018)
**Kosher:** OU
**Deposit:** Multi-State (5)
**UPC/GTIN:**
**813694026733 - 18OZ BAI COCONUT PINEAPLE PUNA PET**

■ **AFS - C.R.#: BA-0105 CCPIA.70094446**    (replaces BA-0104 CPIA.70091540)

**Template:** 18 oz PET Bai Base Flavors/Cocofusion/Supertea Shrinksleeve
American Fuji Seal 18oz Bai Shrinksleeve, 110x142, #N04532 (18AFS532) (05/11/21 mz)

**Production Location:** 1229 Lidestri & 1528 Victorville

**SD#:** 16315

**SAP#s/Material#s:** 70094446 - BAI COCONUT PINEAPPLE PUNA PET

- Cyan
- Magenta
- Yellow
- Process Black
- PMS 6 C - Black
- PMS 483 C - Brown
- Matte Varnish
- Opaque White
- Clear - substrate

- Match PMS 361 CP
- Match PMS 124 CP

**Notes/Additional Information:**
**40 Micron Graphics**

**DATE: 11/22/2023**
**ARTIST/MGR: FD/SM**


Keurig DrPepper