# EXHIBIT C

**FINAL TEMPLATE**

FOLD    FOLD

SURFACE MATTE VARNISH WIDTH = 219.5mm

SLIPCOAT WIDTH = 216mm

Distance from left 28mm

Layflat 110mm (+1.0mm / -.0mm)

90mm (fold)

Distortions will occur in areas where there is a percentage marked. Pull out Graphics and copy at the percentage listed below. Horizontally only.

142mm
136mm
NO COPY

SLIT

SLIT

## bai
### It's WonderWater®

**PILAVO PINEAPPLE MANGO™**
FLAVORED WITH OTHER NATURAL FLAVORS

### OTHER BENEFITS

- **DAILY HYDRATION**
- **1 GRAM OF SUGAR**
- **VITAMIN C & ZINC HELP SUPPORT A HEALTHY IMMUNE SYSTEM**
- **EXOTIC FLAVORS**

**MORE FROM BAI®**

**BOTTLE MADE FROM 100% RECYCLED PLASTIC^**
^EXCLUDES CAP AND LABEL

## bai
### It's WonderWater®

- ANTIOXIDANT INFUSED
- NO ARTIFICIAL SWEETENERS
- ELECTROLYTES

**PILAVO PINEAPPLE MANGO™**

**10 CALORIES PER BOTTLE**

18 FL OZ
(1.12 PT)
530 mL

PINEAPPLE MANGO FLAVORED ANTIOXIDANT BEVERAGE WITH VITAMIN C WITH OTHER NATURAL FLAVORS WITH CAFFEINE

NEW GREAT TASTE MORE BENEFITS'

Contains 1% Juice

### Nutrition Facts

| | |
|---|---|
| Serving size | 1 Bottle |

**Amount per serving**

**Calories** — **10**

| | % Daily Value |
|---|---|
| **Total Fat** 0g | **0%** |
| **Sodium** 150mg | **6%** |
| **Total Carbohydrate** 1g | **0%** |
|   Total Sugars 1g | |
|     Includes 0g Added Sugars | **0%** |
| **Protein** 0g | |

Potassium 260mg 6%  •  Vitamin C 14mg 15%
Zinc 1.8mg 15%

Not a significant source of saturated fat, trans fat, cholesterol, dietary fiber, vitamin D, calcium, and iron.

**INGREDIENTS:** FILTERED WATER, CLARIFIED PINEAPPLE JUICE CONCENTRATE, CITRIC ACID, POTASSIUM CITRATE, SEA SALT, ASCORBIC ACID (VITAMIN C), TEA EXTRACT, STEVIA LEAF EXTRACT, MALIC ACID, NATURAL FLAVORS, COFFEE FRUIT EXTRACT, MONK FRUIT EXTRACT (NATURAL FLAVOR), ZINC SULFATE, BETA CAROTENE (FOR COLOR).

DISTRIBUTED BY BAI BRANDS LLC, 6425 HALL OF FAME LANE, FRISCO, TX 75034. ™ & © 2024 BAI BRANDS LLC. (855) 411-4BAI  DRINKBAI.COM

55MG CAFFEINE PER BOTTLE: LIKE A 12 OZ CUP OF TEA

'NOW WITH ZINC AND IN RECYCLED PLASTIC BOTTLE

**GOOD SOURCE OF VITAMIN C & ZINC**

**ANTIOXIDANTS (PER BOTTLE):** 14MG VITAMIN C; 100MG POLYPHENOLS FROM TEA AND COFFEE FRUIT EXTRACTS

**SHAKE WELL, REFRIGERATE AFTER OPENING**

Our flavor names pay homage to the world's coffee regions:
DRINKBAI.COM/FLAVORNAMES

## bai

PLEASE RECYCLE

CA CRV
ME-HI-5¢
OR 10¢ CTRV

8  13694 02675  7

100%

15mm
NO COPY

0mm

CUT LENGTH = 142mm
COLOR HEIGHT = 138mm
COPY HEIGHT = 121mm

2mm clear top
6mm copy free top
15mm copy free bottom
2mm clear bottom

7mm copy free left    COPY WIDTH = 216mm    5mm copy free right
1mm clear left    COLOR WIDTH = 223mm    4mm clear right
SLIT WIDTH = 228mm

---

American Fuji Seal, Inc.

| CUSTOMER CODE | PART # | GA # | REVISION |
|---|---|---|---|
| | | | |

| PROCESS / DIST. | | STOCK / SIZE |
|---|---|---|
| GRAVURE / M-PET-CC | | N04532 110x142 (90 fold) |

| DATE | MAC OP | JOB / STOCK | CUSTOMER / DESCRIPTION | LPI / COMP |
|---|---|---|---|---|
| | | | | |

| DESCRIPTION | DATE / GA |
|---|---|
| BAI BRANDS 18OZ PET BOTTLE BODY LABEL | 05/07/21 DD |

| COLOR 1 | COLOR 2 | COLOR 3 | COLOR 4 | COLOR 5 | COLOR 6 | COLOR 7 | COLOR 8 | COLOR 9 | COLOR 10 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| REV SEQ | DATE | REQUESTOR | TEMPLATE REVISION |
|---|---|---|---|
| | | | |

FPO

WEB DIRECTION

◄ UPC Run Direction ►
Preferred Size 100%
Minimum Size 90%

PRINT/SLIT OPPOSITE SEAM LONG OVER SHORT

BACK PANEL
SEAM
28mm
FOLD — SR#16567 — FOLD
FRONT PANEL
Indicate Seam, Fold and Panel locations

---



**BA.PMIAJ18AFS532STK01041123**

**BA-0104 2023 Bai Refresh Pilavo Pineapple Mango**
**Bai Graphics refresh 18oz Pilavo Pineapple Mango_40 Microns**

**LIN1502222\0003/BAI WONDERWATER (INFUSION) PILAVO PINEAPPLE MANGO (2018)**

**Deposit:** Multi-State (5)

**UPC/GTIN:**
813694026757 - 18OZ BAI PNAPL MNG PLVO RPET

**SUPPLIER/CR#:**

■ **AFS - C.R.#: BA-0104 PMIA.70094445**    (replaces BA-0104 PMIA.70091544)

**Template:** 18 oz PET Bai Base Flavors/Cocofusion/Supertea Shrinksleeve
American Fuji Seal 18oz Bai Shrinksleeve, 110x142, #N04532 (18AFS532) (10/12/23 tf)

**Production Location:** 1229 Lidestri & 1528 Victorville

**SD#:** 16315

**SAP#s/Material#s:** 70094445

**COLORS:**
- Cyan
- Magenta
- Yellow
- Process Black
- PMS 6 C - Black
- PMS 361 C - Green
- Matte Varnish
- Opaque White
- Clear - substrate

**COLOR MATCH:**
- Match PMS 7549 CP

**Notes/Additional Information:**
**40 Micron Graphics**

**DATE: 11/22/2023**
**ARTIST/MGR: FD/SM**

**Keurig DrPepper**