# EXHIBIT D

**FINAL TEMPLATE**

FOLD

FOLD

Distance from left 28mm

110mm Layflat

90mm

Distortions will occur in areas where there is a percentage marked. Pull out Graphics and copy at the percentage listed below. Horizontally only.

142mm

136mm

NO COPY

CUT LENGTH = 142mm
COLOR HEIGHT = 138mm
COPY HEIGHT = 121mm

2mm clear top
6mm copy free top
15mm copy free bottom
2mm clear bottom

### PILAVO PINEAPPLE MANGO™

BAI® Pilavo Pineapple Mango™ is bursting with refreshingly sweet, tropical flavor, so it's no surprise we named it after a volcano. And with no artificial sweeteners and only 1 gram of sugar, it's an easy one to lava.

After all, wouldn't it be better if volcanoes erupted with fruit flavor anyway?

bai
f 🐦 📌 📷 @DrinkBai
Shake well, refrigerate after opening.

**EVERY SIP IS SEISMICALLY DELICIOUS**

# bai®

## ANTIOXIDANT INFUSION®

10 CALORIES PER BOTTLE

### PILAVO PINEAPPLE MANGO™

1g Sugar. No Artificial Sweeteners.

18 FL OZ (530 mL)

PINEAPPLE MANGO FLAVORED ANTIOXIDANT BEVERAGE WITH VITAMIN C WITH OTHER NATURAL FLAVORS

Contains 1% Juice

## Nutrition Facts

| | |
|---|---|
| Serving size | 1 Bottle |

**Amount per serving**

**Calories** **10**

| | % Daily Value |
|---|---|
| **Total Fat** 0g | 0% |
| **Sodium** 10mg | 0% |
| **Total Carbohydrate** 11g | 4% |
| Total Sugars 1g | |
| Includes 0g Added Sugars | 0% |
| Erythritol 10g | |
| **Protein** 0g | |
| Potassium 260mg | 6% |
| Vitamin C 13.5mg | 15% |

Not a significant source of saturated fat, trans fat, cholesterol, dietary fiber, vitamin D, calcium, and iron.

**INGREDIENTS:** FILTERED WATER, ERYTHRITOL, CLARIFIED PINEAPPLE JUICE CONCENTRATE, CITRIC ACID, POTASSIUM CITRATE, ASCORBIC ACID (VITAMIN C), TEA EXTRACT, STEVIA LEAF EXTRACT, MALIC ACID, NATURAL FLAVORS, COFFEEFRUIT EXTRACT, BETA CAROTENE (FOR COLOR).

DISTRIBUTED BY BAI BRANDS LLC, 6425 HALL OF FAME LANE, FRISCO, TX 75034. ™ & © 2022 BAI BRANDS LLC.
**(855) 411-4BAI  DrinkBai.com**

1 net carb per serving
(Erythritol carbs have no calories or effect on blood sugar)
**Good source of Vitamin C**
**Antioxidants** (per bottle): 13.5mg Vitamin C; 100mg polyphenols from tea and coffeefruit extracts

**55mg CAFFEINE PER BOTTLE:** LIKE A CUP OF GREEN TEA

Ⓤ **Kosher**  ● **Low Glycemic Impact**  ⊗ **Gluten Free**
**PET 1 (BPA-FREE)** Never hot filled

PILAVO PINEAPPLE MANGO™
PINEAPPLE MANGO FLAVORED ANTIOXIDANT BEVERAGE WITH VITAMIN C WITH OTHER NATURAL FLAVORS
Our flavor names pay homage to the world's coffee regions: DrinkBai.com/flavornames
CT-HI-ME 5¢ OR 10¢ CA CRV

70089893

8 13694 02633 7

142mm
136mm  NO COPY

100%

15mm  NO COPY

0mm

7mm copy free left
1mm clear left
COPY WIDTH = 216mm
COLOR WIDTH = 223mm
SLIT WIDTH = 228mm

5mm copy free right
4mm clear right

PRINT/SLIT OPPOSITE SEAM LONG OVER SHORT

WEB DIRECTION
FPO

UPC Run Direction
Preferred Size 100%
Minimum Size 90%

---

| BA.PMIA18AFS2964NEW01030522 | SUPPLIER/CR#: | COLORS: |
|---|---|---|

**BA-0103 PMIA Bai Pilavo Pineapple Mango 18oz PET Shrinksleeve**

**LIN1502222\0001/BAI INFUSION PINEAPPLE MANGO (2018)**

**UPC/GTIN:**
813694026337 - 18OZ BAI PINEAPPLE MANGO PILAVO PET LS12

■ **AFS - C.R.#: BA-0103 PMIA.70089893**

**Template:** 18 oz Shrinksleeve - Bai
American Fuji Seal 18oz Bai Shrinksleeve, 228mmSW 110x142LF, #N02964D (5/6/19 tc)

**Production Location:** Victorville, LiDestri

**SAP#s/Material#s:** 70089893

■ CYAN
■ MAGENTA
■ YELLOW
■ BLACK
■ PANTONE 1385 C - Orange
■ PANTONE 200 C - Red
■ PANTONE 362 C - Green
□ White
▨ Clear Substrate

---

**Notes/Additional Information:**

**DATE: 06/28/22**

**ARTIST/MGR: mz/tc**

