**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOUSSA KOUYATE, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>BAI BRANDS, LLC,<br><br>Defendant. | Case No.: 1:24-cv-03993<br><br>Hon. Arun Subramanian |

**DECLARATION OF MONICA H. SMITH IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)**

I, Monica H. Smith, declare as follows:

1.      I am an attorney at law, licensed to practice in the state of Texas and admitted *pro hac vice* to appear in this Court. I am a partner with the law firm of Baker Botts L.L.P. and am one of the attorneys representing Defendant Bai Brands, LLC ("Bai") in the above-captioned action. All of the information set forth herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2.      I make this declaration in support of Defendant's Reply In Support of its Motion to Dismiss Plaintiff's Class Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) ("Reply").

3.      Attached hereto as Exhibit D is a true and correct copy of Plaintiff's document production bearing the bates label Kouyate_000019 – Kouyate_000020.

4.      Attached hereto as Exhibit E is a true and correct copy of Plaintiff's Engagement Letter as produced in this case, dated May 15, 2024 and bearing the bates label Kouyate_000044 – Kouyate_000045.

1

2

5.      Attached hereto as Exhibit F is a true and correct copy of the "365 by Whole Foods Market, Water Nutrient Fruit Punch" label as it appears currently available for purchase from Amazon, at the webpage: https://www.amazon.com/Whole-Foods-Market-Potassium-Naturally/dp/B074H6ZY4W?th=1.

6.      Attached hereto as Exhibit G is a true and correct copy of the "vitaminwater xxx açai blueberry pomegranate" with zero sugar label and ingredients as they currently appear on the Coca       Cola       website,       at       the       webpage:       https://www.coca-cola.com/us/en/brands/vitaminwater/products/vitaminwater-zero-sugar.

7.      Attached hereto as Exhibit H is a true and correct copy of the "vitaminwater xxx açai blueberry pomegranate" zero sugar label as it appears available for purchase from Amazon, at the webpage: https://a.co/d/1HmHw3f.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Dallas, Texas this 6th day of February, 2025.

*/s/ Monica H. Smith*
Monica H. Smith

2