# Exhibit D

3:39

  

← | 🔍 Search or ask a question | 📷 | 🎤

# View order details

| Order date | Jul 5, 2024 |
|---|---|
| Order # | 112-3698055-9158617 |
| Order total | $5.07 (3 items) |

## Delivered

Delivery Estimate
**Monday, July 8, 2024 by 9pm**



**365 By Whole Foods Market, Water Nutrient Fruit Punch Potassium No**                    $1.69

Qty: 1

Sold By: Amazon.com Services, Inc

## Delivered

Delivery Estimate
**Sunday, July 7, 2024 by 10pm**



**365 By Whole Foods Market, Water Nutrient Fruit Punch Potassium No**                    $1.69

🏠      👤   🛒 0   ☰

Kouyate_000019

3:42

 🔍 Search or ask a question   ⬚   🎤

# View order details

| | |
|---|---|
| Order date | May 16, 2024 |
| Order # | 112-6736406-1253822 |
| Order total | $6.44 (4 items) |

## Delivered

Delivery Estimate
**Sunday, May 19, 2024 by 10pm**

 **vitaminwater zero xxx, electrolyte enhanced water w/ vitamins,**   $1.33

Qty: 1

Sold By: Amazon.com Services, Inc

## Delivered

Delivery Estimate
**Sunday, May 19, 2024 by 10pm**

 **vitaminwater zero xxx, electrolyte enhanced water w/ vitamins,**   $1.33

Qty: 1

Sold By: Amazon.com Services, Inc

          

Kouyate_000020