# Exhibit E



2341 Jefferson Street, Suite 200
San Diego, California 92110

May 15, 2024

**<u>Via Email</u>**
Moussa Kouyate
█████████████

**Re: Engagement Letter – Misleading Advertising of Bai water products**

Dear Moussa:

Thank you for discussing your experience with Bai "It's WonderWater." We appreciate the opportunity to address these matters on behalf of you and other consumers.

**Engagement**. This letter confirms that you hereby retain Fitzgerald Monroe Flynn PC (the "Firm") to represent you as a possible plaintiff and voluntary class representative in a proposed class action lawsuit, if any, against Bai Brands LLC for claims relating to the marketing and sale of the Bai products.

Communications between you and the Firm largely are confidential and protected by the attorney-client privilege, and you and the Firm agree not to divulge these communications to anyone else. We will need your assistance from time to time on this matter, and therefore you agree to cooperate with reasonable requests made to you by the Firm to pursue your claims, including for court and administrative proceedings, discovery, trial, and appeals, if any. You agree to keep us advised of any change in your contact information, including address, phone numbers and email addresses during the time in which the Firm is engaged in this matter. You agree that, consistent with the law and court requirements, the Firm may, at its option without cause, withdraw from this representation. You understand and agree that we cannot guarantee any particular result, including whether you will be selected as a class representative, or if you are selected, whether the judge will authorize an award to you for such service, or the amount of any such award. Finally, we are required to notify you, and you understand, that the Firm might not have malpractice insurance.

**Attorneys' Fees and Costs**. The amount of attorneys' fees in class actions, if any, is typically determined by the judge assigned to the case. The Firm will advance the costs and expenses of the litigation, which the Firm will request be reimbursed out of any classwide settlement or monetary award. Under no circumstances will you be charged or liable to us for any of our attorneys' fees or costs for our representation of the class. Rather, any attorney's fee will be paid solely by the defendant and/or through a common fund established as part of a classwide settlement. You assign to the Firm all rights to such fees and you shall have no property interest in any such fees. █████████████████████████████████████

Trevor Flynn | tflynn@fmfpc.com | (619) 215-1744



**Other Parties and Lawyers**.

**No Tax or Financial Advice**. This Engagement does not include the Firm providing you with any tax, financial or investment advice of any kind related to this matter or otherwise.

**No Bankruptcy, Outstanding Fees, or Liens**. You represent that you do not currently have pending, and do not anticipate filing in the next year, a petition for bankruptcy, as this can affect suitability to act as class representative. You also represent that you have not retained others (including other attorneys) regarding these matters, and therefore you have no outstanding debts, invoices, bills, or liens for any fees or costs regarding this matter.

**Your Right to Cancel**. You can cancel this Engagement in writing at any time within 3 business days of your dated signature.

*          *          *

We appreciate the opportunity to proceed on behalf of you and the class of consumers that you might represent. If you agree to engage the Firm for this matter on the above terms and conditions, please execute and date this Engagement Letter, where indicated below, and return it to us at your earliest convenience. Of course, please do not hesitate to contact us with any questions, comments or concerns about this Engagement Letter or any aspect of this matter.

Sincerely,

*Trevor Flynn*

Trevor Flynn
For the Firm

DocuSigned by:

*Moussa*
953F1F2284FE4DF...

Moussa Kouyate

Date: 5/15/2024

FMF

Kouyate_000045