# Exhibit F





**INGREDIENTS:** FILTERED WATER, MONOPOTASSIUM PHOSPHATE, NATURAL FLAVORS, FRUIT AND VEGETABLE JUICE (COLOR), CITRIC ACID, MONK FRUIT EXTRACT, APPLE POWDER EXTRACT, POTASSIUM BICARBONATE, CALCIUM CHLORIDE, REBAUDIOSIDE A (STEVIA LEAF EXTRACT), DL-ALPHA TOCOPHERYL ACETATE (VITAMIN E), NIACINAMIDE (VITAMIN B3), CALCIUM D-PANTOTHENATE (VITAMIN B5), VITAMIN A PALMITATE, PYRIDOXINE HYDROCHLORIDE (VITAMIN B6), CYANOCOBALAMIN (VITAMIN B12).

**DISTRIBUTED BY:**
WHOLE FOODS MARKET | AUSTIN, TX 78703
©2021 WHOLE FOODS MARKET IP, LP
www.wholefoodsmarket.com

**WHOLE FOODS MARKET**

**SEDIMENTATION IS NATURAL. CHILL AND SHAKE WELL BEFORE SERVING. REFRIGERATE AFTER OPENING. USE WITHIN 7–10 DAYS AFTER OPENING. PASTEURIZED.**

**CA CRV**
CT, HI, ME, NY 5¢, OR 10¢

**VEGAN**    PLEASE RECYCLE

0  99482 46492  9