# Exhibit G





# vitaminwater

home     products     new look. new flavors.

+



# xxx açai blueberry pomegranate

with three types of antioxidants

- great taste. more nutrients. zero sugar. win win win
- zero sugar, nutrient enhanced water beverage
- with three types of antioxidants to help fight free radicals: vitamin-a, vitamin-c and selenium. plus a great source of vitamin b5, vitamin b6, and vitamin b12

- the delicious taste of açai-blueberry-pomegranate fruit flavored water with other natural flavors

**Available Sizes:** 16.9 fl oz, 20 fl oz

**View Nutrition Facts** ∧

## Nutrition Facts

1 serving per container

| | |
|---|---|
| **Serving Size** | **1 bottle (20 FL OZ)** |
| **Amount per serving** | |

**Calories** 0

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | **0%** |
| **Sodium** 0mg | **0%** |
| **Total Carbohydrate** 0g | **0%** |
| **Total Sugars** 0g | **-** |
| **Includes Added Sugars** 0g | **0%** |
| **Protein** 0g | **-** |
| **Potassium** | ***** |
| **Vit. A** | **40%** |
| **Vit. C** | **200%** |
| **Niacin** | **100%** |
| **Vit. B6** | **100%** |
| **Vit. B12** | **100%** |
| **Pantothenic Acid** | **100%** |
| **Magnesium** | ***** |
| **Selenium** | **50%** |

**Manganese**                                                                                    **20%**

---

## Ingredients

reverse osmosis water, less than 0.5% of: vitamins A, C, B3, B5, B6, B12 (beta-carotene, ascorbic acid, niacinamide, calcium pantothenate, pyridoxine hydrochloride, cyanocobalamin), fruit and vegetable juices (for color), natural flavors, citric acid, stevia leaf extract, electrolytes (calcium and magnesium lactates and potassium phosphate), monk fruit extract, sodium selenate, manganese citrate.

---

* Not a significant source of saturated fat, trans fat, cholesterol, dietary fiber, total sugars, added sugars, vitamin D, calcium, iron and potassium.

---

Shop Now

