# Exhibit H







# XXX
## açai-blueberry-pomegranate
flavored + other natural flavors

**Nutrition Facts**

| | |
|---|---|
| Serv. Size | 1 Bottle |

**Amount Per Serving**

**Calories** 0

| | % Daily Value |
|---|---|
| **Total Fat** 0g | 0% |
| **Sodium** 0mg | 0% |
| **Total Carb.** 3g | 1% |
| Total Sugars 0g | |
| Incl. 0g Added Sugars | 0% |
| **Protein** 0g | |

| | | |
|---|---|---|
| Potassium † | • | Vitamin A 40% |
| Vitamin C 200% | • | Niacin 100% |
| Vitamin B$_6$ 100% | • | Vitamin B$_{12}$ 100% |
| Pantothenic Acid 100% | • | Magnesium † |
| Selenium 50% | • | Manganese 20% |

† Not a significant source of sat. fat, *trans* fat, cholest., fiber, vit. D, calcium, iron, potas. and magnesium.

ingredients: reverse osmosis water, erythritol, less than 0.5% of: vitamins A, C, B3, B5, B6, B12 (beta-carotene, ascorbic acid, niacinamide, calcium pantothenate, pyridoxine hydrochloride, cyanocobalamin), electrolytes (calcium and magnesium lactates and potassium phosphate), sodium selenate, manganese citrate, citric acid, gum acacia, fruit and vegetable juices (for color), natural flavors, stevia leaf extract.