**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOUSSA KOUYATE, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>BAI BRANDS, LLC,<br><br>Defendant. | Case No.: 1:24-cv-03993<br><br>Hon. Arun Subramanian |

**DECLARATION OF MONICA H. SMITH IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

I, Monica H. Smith, declare as follows:

1. I am an attorney at law, licensed to practice in the state of Texas and admitted *pro hac vice* to appear in this Court. I am a partner with the law firm of Baker Botts L.L.P. and am one of the attorneys representing Defendant Bai Brands, LLC ("Bai") in the above-captioned action. All of the information set forth herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. I make this declaration in support of Defendant's Opposition to Plaintiff's Motion for Leave to Amend Complaint ("Motion").

3. On January 10, 2025, I emailed Plaintiff's counsel to request a date for Plaintiff's deposition. Within an hour, Plaintiff's counsel Trevor Flynn responded that Plaintiff was available on January 30, 2025 for the deposition. Later that same day, I received a call from Mr. Flynn, who told me that Plaintiff was unwilling to sit for a deposition and be recorded.

4. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Responses to Bai's First Set of Requests for Production of Documents, dated October 31, 2024.

5. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Verified Responses to Bai's Interrogatories dated October 31, 2024.

6. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Verified Amended Responses to Bai's Interrogatory Nos. 1, 7, and 8, dated December 11, 2024.

7. Attached hereto as Exhibit D is a true and correct copy of correspondence with Plaintiff's counsel, dated November 19, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Dallas, Texas this 7th day of February, 2025.

*/s/ Monica H. Smith*
Monica H. Smith