# EXHIBIT D

**From:** Trevor Flynn <tflynn@fmfpc.com>
**Sent:** Tuesday, November 19, 2024 5:08 PM
**To:** Smith, Monica
**Cc:** Jack Fitzgerald; Cauley, Cheryl; Romak, Christina
**Subject:** Re: Kouyate v. Bai - Summary of Meet and Confer

**[EXTERNAL EMAIL]**

To be clear, RE: RFP Nos. 3,5, and 7, you say "the same is true for any other fruit-flavored waters or fruit-flavored beverages plaintiff purchased" but Plaintiff did produce some digital receipts for drinks that he bought online. *See* Kouyate_000016-20. The rest of your email on these RFPs we agree with.

The only other minor caveat is that regarding RFP No. 17, the retainer agreement is the only responsive document and we will not withhold that document on the basis of privilege. There are no other responsive documents. However, there may be some aspects of the retainer that are privileged, and we reserve the right to redact as necessary. Should that be necessary we will, of course, produce a privilege log.

We will endeavor to provide amended response and supplemental documents in short order.

Trevor

On Tue, Nov 19, 2024 at 1:39 PM Smith, Monica <Monica.Smith@bakerbotts.com> wrote:

> Trevor,
>
> Thank you for conferring with us yesterday about plaintiff's discovery responses. Below is a summary of our conversation. Please let us know if this is inaccurate in any respect.
>
> RFP Nos. 3, 5, 7
>
> You stated that plaintiff doesn't have receipts or other documents showing that he purchased the Bai products, when he purchased them, or what he paid for them. You stated that plaintiff's bank and credit card statements would not provide such evidence because plaintiff does not remember the dates he purchased the Bai products, or what he paid for them, and any statements are likely to show only aggregate numbers for purchases of multiple products at any given time. The same is true for any other fruit-flavored waters or fruit-flavored beverages plaintiff purchased. If these representations are accurate, Bai does not intend to push further on these Requests at this time. Please confirm.

RFP No. 8

You stated you would produce all documents referenced in the Complaint, including all photos and diagrams in the Complaint.

RFP No. 9

You stated you would produce responsive documents.

RFP No. 14

We agree to limit this Request as follows: "All Documents relating to any litigation or other legal proceeding or process (including any court or judicial matter, arbitration or mediation, government or regulatory proceeding, police matter, judgment, complaint or lien) in which the plaintiff was involved as plaintiff, defendant, complainant, respondent, litigant, or witness, or in which plaintiff had a non-trivial financial interest in the outcome (whether tried or not). (Please exclude from any response to this request any documents or information concerning Your service or potential service as a juror.)" As shown in this language, we agree to limit "You" to the plaintiff personally and not his attorneys. We also agree to exclude any case where plaintiff qualified as a member of a class action but did not file a class claim. Please let us know if you will respond to this request as limited.

You did state that plaintiff hasn't been a party, participant, or witness in any other legal proceedings and hasn't served as a class representative in any other case.

RFP No. 15

We agreed to limit "You" to the plaintiff and not his attorneys. You stated you would review this request again and amend your response to clarify whether any documents were being withheld.

RFP No. 17

You agreed that a retainer agreement is not privileged, that you would produce responsive documents, and that you would not withhold anything as privileged.

RFP No. 18

For subparts (a), (b), and (c), you stated there were no responsive documents and you were not withholding anything.

For subpart (d), we agree to exclude notices of class action settlements or advertisements regarding class actions that plaintiff did not respond to. Otherwise, we expect plaintiff to produce responsive documents. Please let us know if plaintiff will agree to do so or please confirm there are no responsive documents.

Interrogatories

For Interrogatory 1, you agreed to amend this interrogatory response to provide a substantive response and confirm you are not withholding any information.

For Interrogatories 2-6, you confirmed nothing is being withheld on the basis of the objections and would amend your responses to state this. For Interrogatory 2, you stated that plaintiff wasn't aware of any Persons who have run testing, studies, surveys, or other analysis on or regarding the Bai Waters, and you were not withholding anything on privilege grounds for this Interrogatory.

For Interrogatory 7, you agreed to amend this interrogatory response to provide the factual information that was responsive and available to plaintiff, including the details about each purchase of the Bai Waters that plaintiff has made, or state that he does not have the information.

For Interrogatory 8, you agreed to amend this interrogatory response to provide responsive information.

Best regards,

**Monica H. Smith**

Partner

Baker Botts L.L.P.

monica.smith@bakerbotts.com

T +1.214.953.6929

F +1.214.661.4929

M +1.214.738.0632

On Wed, Nov 13, 2024 at 1:28 PM Romak, Christina <christina.romak@bakerbotts.com> wrote:

Counsel,

Please see the attached correspondence.

Thank you,

Tina

**Christina Romak**

She/Her/Hers

*Associate*

Baker Botts L.L.P.

christina.romak@bakerbotts.com

T +1.212.408.2663

M +1.925.658.2426

30 Rockefeller Plaza

New York, NY 10112-4498

USA

BAKER BOTTS

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

--

**Trevor Flynn**

Partner

Fitzgerald Monroe Flynn PC
2341 Jefferson Street, Suite 200

San Diego, California 92110
Phone: (619) 215-1741

Website: www.fmfpc.com

NOTICE: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.

--

**Trevor Flynn**
Partner

Fitzgerald Monroe Flynn PC
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741
Website: www.fmfpc.com

NOTICE: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.