**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
LANA ZINGER, on behalf of herself, all others similarly
situated, and the general public,

                                Plaintiff,                    24 **CIVIL** 3993 (AS)

         -against-                              **JUDGMENT**

  BAI BRANDS, LLC.,

                              Defendant.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 27, 2026, Bai's motion for summary judgment is GRANTED. The motions for class certification and to exclude the experts under Daubert and Federal Rule of Evidence 702 are DENIED AS MOOT. The motions to seal are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 31, 2026

                                     **TAMMI M. HELLWIG**
                                       _____
                                      **Clerk of Court**

               **BY:**        _____
                                        **Deputy Clerk**